UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS GILLAM-SHAFFER,

    Plaintiff,

v.

                              Case No. 1:25-cv-396

MICHIGAN PUBLIC HEALTH
INSTITUTE, et al.,                  HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit in the Eastern District of Michigan by filing a complaint on February 3, 2025. The case was transferred to this district on April 10, 2025. An amended complaint was filed on May 1, 2025. Motions to dismiss have been filed by Defendants Michigan Public Health Institute and Yvette Chase and by Defendant State of Michigan. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 30, 2025, recommending that this Court grant the motions to dismiss and deny a motion filed by Plaintiff for an extension of time. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 18 and 20) are GRANTED for Plaintiff's lack of timeliness.

**IT IS FURTHER ORDERED** that the Motion for Extension of Time (ECF No. 29) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  January 26, 2026

  /s/  Paul L. Maloney  
Paul L. Maloney  
United States District Judge